1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

FILED
CLERK, U.S. DISTRICT COURT

November 1, 2016

CENTRAL DISTRICT OF CALIFORNIA
BY: _____CR_____ DEPUTY

JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FAHIM SADDIQI, a California resident,<br><br>        Plaintiff, Respondent, and Cross-Defendant<br><br>    v.<br><br>TATITLEK SUPPORT SERVICES, INC., an Alaskan Corporation,<br><br>        Defendant, Appellant, and Cross-Claimant. | Case No. 2:15-cv-06293-SVW (PJRx)<br><br>**ORDER RE DISMISSAL WITH PREJUDICE AND BOND EXONERATION FOLLOWING SETTLEMENT OF THE *NUR* CLASS ACTION AND ITS FINAL APPROVAL BY THIS COURT**<br><br>[STIPULATION PREVIOUSLY FILED] |

ORDER OF DISMISSAL WITH PREJUDICE AND BOND EXONERATION

35570466v.1

1    The Court, having been advised that the Plaintiff in this action is covered by the

2    class and collective action settlement and class release reached in *Nur, et al. v. Tatitlek*

3    *Support Services, Inc. et al.*, United States District Court for the Central District of

4    California, Case No. 15-CV-00094 SVW (the "*Nur* Action").  The Court further

5    recognizes that this Court's "Order Granting Final Approval of Class Action Settlement"

6    in the *Nur* Action expressly and specifically included Plaintiffs' proceedings as being

7    among those "DLSE Award Claimants Whose Trial De Novo Proceedings Are

8    Dismissed With Prejudice."  (See *Nur* Action Document 81 at pages 84-86 of 87

9    (attaching Documents 79-80 (the *Nur* Action Final Approval Order) as exhibits thereto).)

10   The Court further observes that this Court's the *Nur* Action Final Approval Order

11   provides for "authorizing the release of any bond posted by Defendants in connection

12   with" this action.   (*Nur* Action Document 80 at ¶ 22)

13   Based on the foregoing, and finding good cause therefor, the Court hereby finds

14   that the above-captioned action has been resolved in connection with the *Nur* Action, and

15   ORDERS that the above-captioned action is hereby DISMISSED WITH PREJUDICE

16   and any bond posted in connection with the above-captioned action is hereby exonerated.

17

18   IT IS HEREBY ORDERED.

19

20

21   Dated: November 01, 2016

_____

Honorable Stephen V. Wilson

22

23

24

25

26

27

28

1

ORDER OF DISMISSAL WITH PREJUDICE AND BOND EXONERATION

35570466v.1